## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| CARMEN CARTER-LAWSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:18-CV-00309-JTM-JEM |
| | ) |
| CITY OF GARY and OFFICER ANTONIO JOHNSON | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Plaintiff, CARMEN CARTER-LAWSON, by counsel, Ivan E. Bodensteiner, and Defendants, CITY OF GARY and ANTONIO JOHNSON improperly named as OFFICER ANTONIO JOHNSON, by counsel, Tolbert & Tolbert LLC, move the Court for dismissal, with prejudice, of the Plaintiff's cause of action against the CITY OF GARY and ANTONIO JOHNSON improperly named as OFFICER ANTONIO JOHNSON in its entirety.

As grounds for this request, Plaintiff shows to the Court that all disputes with the Defendants, CITY OF GARY and ANTONIO JOHNSON improperly named as OFFICER ANTONIO JOHNSON, have been resolved and fully settled.

| | |
|---|---|
| */s/ Candace C. Williams* | */s/ Ivan E. Bodensteiner* |
| Shelice R. Tolbert, 22522-45 | Ivan E. Bodensteiner |
| Candace C. Williams, 34257-45 | 7 Napoleon Street |
| Tolbert & Tolbert LLC | Valparaiso, IN 46383 |
| 1085 Broadway, Suite B | Attorney for Plaintiff |
| Gary, IN 46402 | |
| Attorneys for Defendants | |

1

Respectfully submitted:

**TOLBERT & TOLBERT LLC**

/s/ *Candace C. Williams*
Shelice R. Tolbert, 22522-45
Candace C. Williams, 34257-45
Attorneys for Defendants
1085 Broadway, Suite B
Gary, IN  46402
Ph:  219-427-0094
Fx:  219-427-0783
Stolbert@tolbertlegal.com
Cwilliams@tolbertlegal.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 28th day of December 2020, I caused a true and correct copy of the foregoing document to be served using the CM/ECF system, which sent notification of such filing to all counsel of record as follows *and/or by depositing same in the Certified and the U.S. Regular Mail with proper postage affixed thereto:*

Ivan E. Bodensteiner
7 Napoleon Street
Valparaiso, IN 46383

**TOLBERT & TOLBERT LLC**

/s/ *Candace C. Williams*
Shelice R. Tolbert, 22522-45
Candace C. Williams, 34257-45

2